

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-17-00269-CV

| | | |
|---|---|---|
| In re Old Republic Insurance Company | § | Original Proceeding |
| | § | From the 48th District Court |
| | § | of Tarrant County (048-281264-15) |
| | § | September 28, 2017 |
| | § | Per Curiam |

## JUDGMENT

We conditionally grant the petition for writ of mandamus. We direct Respondent, the Honorable Fred Davis, Senior Judge sitting for the Honorable David Evans, to vacate his August 11, 2017 "Order Denying Defendant's Plea to the Jurisdiction" and to abate the trial court proceedings pending the resolution by the Division of Workers' Compensation of the extent and compensability of Trena Jones's injury for lifetime-income benefit purposes. Because we are confident that Respondent will follow our directive, the writ will issue only if he fails to do so.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM